| | |
|---|---|
| 1 | NICOLAS DALUISO, #163553 |
| 2 | JOE SOLSENG, #262127 |
|   | Robinson Tait, P.S. |
| 3 | 710 Second Ave, Suite 710 |
|   | Seattle, WA 98104 |
| 4 | Phone: (206) 876-3268 |
| 5 | Facsimile: (206) 676-9659 |
| 6 | Attorneys for Secured Creditor |
|   | **DEUTSCHE BANK NATIONAL TRUST COMPANY,** |
| 7 | **AS TRUSTEE FOR MORGAN STANLEY ABS** |
| 8 | **CAPITAL I INC. TRUST 2007-HE7** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
AT OAKLAND DIVISION

| In Re: | BANKRUPTCY NO. 10-45142 |
|---|---|
| KARI A. LANNING, | CHAPTER NO. 13 |
| Debtor. | **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-HE7'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** |
| | **341(a) HEARING:** |
| | **DATE:** July 8, 2010 |
| | **TIME:** 3:00 p.m. |
| | **LOCATION:** Office of the U.S. Trustee |
| | 1301 Clay Street |
| | Room 680N |
| | Oakland, CA 94612 |
| | **CONFIRMATION HEARING:** |
| | (not scheduled) |

TO THE HONORABLE EDWARD D. JELLEN, UNITED STATES BANKRUPTCY COURT JUDGE,

TO THE CHAPTER 13 TRUSTEE, THE UNITED STATES TRUSTEE, AND THE PRO SE DEBTOR:

---

OBJECTION TO CONFIRMATION OF
CHAPTER 13 PLAN - 1
60224-1629-BK-6/Objection to Confirmation of Chapter 13 Plan California

*Law Offices*
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle, WA, 98104
(206) 676-9640

Case: 10-45142   Doc# 14   Filed: 06/02/10   Entered: 06/02/10 16:24:25   Page 1 of 5

Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE7 (hereinafter "Deutsche") is the holder of the secured claim for Debtor's principal residence located at 2949 Hardeman Street, Hayward, California 94541. Deutsche is, therefore, a party in interest and has standing to object to the Debtor's Chapter 13 Plan.

Deutsche is the holder of a "claim secured by a security interest in real property that is the above-named Debtor's principal residence". [Bankruptcy Code § 1322 (b)(2)] The total amount owing on the first lien was $641,984.81 as of May 19, 2010. Ongoing regular post-petition monthly payments are adjustable but are currently $3,899.86. The pre-petition amount that is due and owing under the Note is $82,837.53 and is itemized on Exhibit "A" attached and incorporated hereto. Deutsche objects to the Plan on the following grounds:

1. The Debtor's Plan understates the amount of arrearages owed to creditor. The correct amount should be $82,837.53.

2. In order to cure these arrearages in the 60-month Plan, payments to service the arrears must be no less than $1,380.62 per month. Given this, the Plan is not feasible.

3. The Debtor's Plan states the ongoing post-petition monthly payment is $2,300.00. The correct payment amount should be $3,899.86.

4. Deutsche requests the Debtor's Plan be amended to provide for the correct amount of arrearages owed to Deutsche as well as the appropriate monthly payment amount.

DATED this 2nd day of June, 2010.

/s/Nicolas Daluiso
NICOLAS DALUISO, #163553
Robinson Tait, P.S.
Attorneys for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE7

OBJECTION TO CONFIRMATION OF
CHAPTER 13 PLAN - 2
60224-1629-BK-6/Objection to Confirmation of Chapter 13 Plan California

Law Offices
ROBINSON TAIT, P.S.
710 Second Avenue, Suite 710
Seattle, WA, 98104
(206) 676-9640

Case: 10-45142   Doc# 14   Filed: 06/02/10   Entered: 06/02/10 16:24:25   Page 2 of 5

# EXHIBIT A

| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Kari A. Lanning | Case Number: 10-45142-EDJ |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE7 | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br>Saxon Mortgage Services, Inc.<br>1270 Northland Drive / Suite 200<br>Mendota Heights, Minnesota 55120 | Court Claim Number:_____<br>(*If known*)<br><br>Filed on: |
| Name and address where payment should be sent (if different from above):<br>Saxon Mortgage Services, Inc.<br>4708 Mercantile Drive<br>Fort Worth, Texas 76137<br><br>Telephone Number: (888) 325-3502 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:** $641,984.81

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Money Loaned
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** xxxxxx1339

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☒ Real Estate ☐ Motor Vehicle ☐ Other: _____
**Describe:** 2949 Hardeman Street, Hayward Area, California 94541

**Value of Property:** not available    **Annual Interest Rate:**

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $82,837.53   **Basis for perfection:** Recordation of Lien

**Amount of Secured Claim:** $641,984.81   **Amount Unsecured** $0.00

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date:<br>May 19, 2010 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>/s/ Lawrence J. Buckley as Creditor's Authorized Agent    P.O. Box 829009<br>972.643.6600                                                                Dallas, TX 75382-9009 | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

7620-N-7195 Case 10-45142   Claim 2-1   Filed 05/20/10   Desc Main Document   Page 1 of 1

Case: 10-45142   Doc# 14   Filed: 06/02/10   Entered: 06/02/10 16:24:25   Page 4 of 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 10-45142-EDJ |
| KARI A. LANNING | § | |
| | § | CHAPTER 13 |
| | § | |
| | § | JUDGE EDWARD D. JELLEN |

## EXHIBIT A

ITEMIZATION OF CLAIM AND SUMMARY OF SUPPORTING
DOCUMENTS FOR CLAIM OF SAXON MORTGAGE SERVICES, INC., AS SERVICING AGENT FOR
DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS
CAPITAL I INC. TRUST 2007-HE7
REGARDING CERTAIN COLLATERAL DESCRIBED AS:
2949 HARDEMAN STREET, HAYWARD AREA, CALIFORNIA 94541

SECTION 1. ITEMIZATION OF CLAIM

| | | |
|---|---|---|
| 1. | Total Debt (As of May 4, 2010) | $641,984.81 |
| 2. | Interest rate as of May 4, 2010 | 6.98% |
| 3. | Interest from Last Paid Installment | $70,120.19 |
| 4. | Detail of arrearage: (through May 10) | |
| | 6 payments October 2008 through March 2009 @ $3,863.75 each: | $23,182.50 |
| | 2 payments April 2009 through May 2009 @ $4,281.30 each: | $8,562.60 |
| | 4 payments June 2009 through September 2009 @ $4,320.26 each: | $17,281.04 |
| | 2 payments October 2009 through November 2009 @ $4,013.46 each: | $8,026.92 |
| | 4 payments December 2009 through March 2010 @ $4,048.52 each: | $16,194.08 |
| | 1 payment April 2010 through April 2010 @ $3,940.69 each: | $3,940.69 |
| | 1 payment May 2010 through May 2010 @ $3,899.86 each: | $3,899.86 |
| | Accrued late charges | $175.76 |
| | ** ATTORNEY FEES AND COSTS | $1,449.04 |
| | ** OTHER CHARGES | |
| | Inspection Fees | $9.50 |
| | Appraisal Fees | $100.00 |
| | TOTAL ARREARAGE | $82,837.53 |

Monthly payment amount at petition: $3,899.86. The monthly payment amount may change due to escrow requirements and/or interest rate adjustments.

Name of Creditor: Saxon Mortgage Services, Inc., as servicing agent for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE7 ("Deutsche Bank")
File Number 7620-N-7195 / poc